

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2019

No. 04-19-00417-CV

**IN THE INTEREST OF C.N.H, A CHILD,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017EM500829
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on August 8, 2019. By order dated August 6, 2019, the deadline for filing appellant's brief was extended to August 20, 2019.

On August 19, 2019, appellant filed a second motion requesting an additional extension of time. On August 21, 2019, appellant's second motion for extension of time was granted, extending the deadline to file the brief to September 20, 2019; however, appellant's brief was filed on August 20, 2019.

On September 4, 2019, appellant's attorney filed a motion requesting to withdraw the previously filed brief. The motion states the brief was filed in case this court did not grant the second motion for extension of time. The motion is GRANTED. Appellant's brief must be filed no later than September 20, 2019. **FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE DISFAVORED**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court